UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:04-cr-00241-RCJ-RJJ |
| v. ) | |
| SANTBIR SINGH, ) | |
| Defendant. ) | |

**ORDER**

Presently before the Court is the matter of *United States of America v. Santbir Singh*.

On August 13, 2010, this Court held a hearing for revocation of supervised release as to defendant Santbir Singh.  Counsel for the government, counsel for the defendant, and the U.S. Probation Officer jointly recommended that the defendant be allowed to participate in the C.A.R.E. program of a residential re-entry center.  The defendant was canvassed as to his understanding and agreement with the recommendation.

Accordingly,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that defendant **SANTBIR SINGH** shall continue on conditions of supervised release with the additional condition that he reside in and participate in the C.A.R.E. program of a residential re-entry center for a period of up to **seven(7) months** as approved and directed by the probation officer.   Additionally, if the defendant tests positive for alcohol and/or a controlled substance, or if he violates the conditions of the C.A.R.E. program, he will be taken into custody for a minimum custodial period of seven (7) days.

DATED August 19, 2010.

_____
ROBERT C. JONES, U.S. DISTRICT JUDGE